## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Larry Rapheal Washington                            Case No. 21-00368-KMS
           Shameke Shantae Washington, Debtors                       CHAPTER 13

### **NOTICE**

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: July 30, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                                            The Rollins Law Firm, PLLC
                                                            P.O. Box 13767
                                                            Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Larry Rapheal Washington                                        Case No. 21-00368-KMS
Shameke Shantae Washington, Debtors                                 CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on March 5, 2021 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors' priority and secured claims have been paid in full pursuant to the terms of the confirmed plan.

3. That the Trustee filed a Motion to Modify to increase the distribution to unsecured creditors.

4. That Debtor is a below-median debtor.

5. That Debtor wishes to modify the confirmed plan to shorten the term upon the completion of the distributions to secured, priority, and allowed unsecured creditors, in accordance with the confirmed plan.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on July 30, 2025, to:

By Electronic CM/ECF Notice:

  David Rawlings

  U.S. Trustee

               /s/ Thomas C. Rollins, Jr.
               Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-00368 |
|---|---|
| LARRY RAPHEAL WASHINGTON<br>SHAMEKE SHANTAE WASHINGTON | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/30/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-00368 |
|---|---|
| LARRY RAPHEAL WASHINGTON<br>SHAMEKE SHANTAE WASHINGTON | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/30/2025, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-00368<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED JUL 30 8-2-10 PST 2025 | FORD MOTOR CREDIT COMPANY LLC<br>CO OLIVIA SPENCER  ESQ<br>1855 CRANE RIDGE DRIVE  SUITE D<br>JACKSON  MS 39216-4944 | FORD MOTOR CREDIT COMPANY  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| FORD MOTOR CREDIT COMPANY  LLC  CO AIS PORT<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~THAD COCHRAN US COURTHOUSE~~<br>~~501 E COURT STREET~~<br>~~SUITE 2300~~<br>~~JACKSON  MS 39201-5036~~ | BKBROOKHAVEN<br>411 BROOKWAY BLVD<br>BROOKHAVEN  MS 39601-3243 |
| BROOKHAVEN ANIM<br>1210 US51<br>BROOKHAVEN  MS 39601 | BROOKHAVEN RADIOLOGY PLLC<br>CO FRANKLIN COLLECTION SERVICE<br>PO BOX 3910<br>TUPELO  MS 38803-3910 | CSPIRE WIRELESS<br>PO BOX 159<br>MEADVILLE  MS 39653-0159 |
| (P)CENTERPOINT ENERGY<br>PO BOX 1700<br>HOUSTON TX 77251-1700 | CLAYTON H JOHNSTON DMD<br>224 S CHURCH ST  A<br>ST  A<br>BROOKHAVEN  MS 39601-3232 | COMMUNITY CHOICE F<br>396 BROOKHAVEN ST<br>SUITE B<br>BROOKHAVEN  MS 39601-3639 |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION (E<br>ECMC<br>PO BOX 16408<br>ST PAUL  MN 55116-0408 | FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | (P)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FORD MOTOR CREDIT<br>POB 542000<br>OMAHA  NE 68154-8000 | FORD MOTOR CREDIT CO  LLC<br>PAT HENLEY<br>PO BOX 389<br>JACKSON  MS 39205-0389 | ~~EXCLUDE~~<br>~~(D)FORD MOTOR CREDIT COMPANY LLC~~<br>~~4515 N SANTA FE AVE DEPT APS~~<br>~~OKLAHOMA CITY  OK 73118-7901~~ |
| FRANKLIN COLLECTION<br>2978 W JACKSON ST<br>TUPELO  MS 38801-6731 | JENNIFER ANN CURRY CALVILLO<br>THE ROLLINS LAW FIRM  PLLC<br>ON BEHALF OF THE DEBTORS<br>702 WEST PINE ST<br>HATTIESBURG  MS 39401-3836 | KINGS DAUGHTER MEDICA<br>PO BOX 5440<br>BROOKHAVEN  MS 39603-5440 |
| NATIONAL CREDIT ADJ<br>PO BOX 550<br>HUTCHINSON  KS 67504-0550 | NAVIENT<br>PO BOX 9500<br>WILKES BARRE  PA 18773-9500 | NAVIENT SOLUTIONS  LLC ON BEHALF OF<br>ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON  WI 53708-8961 |
| OLIVIA SPENCER<br>KING  SPENCER  PLLC<br>FOR FORD MOTOR CREDIT COMPANY LLC<br>1855 CRANE RIDGE DRIVE  SUITE D<br>JACKSON  MS 39216-4944 | QUICK CASH<br>825 W NORTHSIDE DR<br>JACKSON  MS 39206-4508 | SANTANDER CONSUMER USA INC<br>1601 ELM ST STE 800<br>DALLAS TX 75201-7260 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | WORLD FINANCE<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 |
| WORLD FINANCE<br>WORLD ACCEPTANCE CORP ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | EXCLUDE<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG MS 39401-3836 |
| DEBTOR<br>LARRY RAPHEAL WASHINGTON<br>624 E CHICKASAW ST<br>BROOKHAVEN MS 39601-3420 | SHAMEKE SHANTAE WASHINGTON<br>624 E CHICKASAW ST<br>BROOKHAVEN MS 39601-3420 | EXCLUDE<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON MS 39236-3767~~ |