# Proceeding Minutes / Proceeding Memo

**Case #:** 21-00368  **Case Name:** Larry Rapheal Washington and Shameke Shantae Washi[ngton]

**Set:** 09/25/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 7/30/2025 Filed by Debtor Larry Rapheal Washington, Joint Debtor Shameke Shantae Washington Objections due 08/29/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #42)

---

Minute Entry Re: (related document(s): [42] Motion and 30 Day Notice to Modify Plan filed by Larry Rapheal Washington, Shameke Shantae Washington) Proposed Order can be entered. CA to pull order. Tickle for date: 10/02/2025. Email received from Duncan. (mcc)