

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 24, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

    LARRY RAPHEAL WASHINGTON
    SHAMEKE WASHINGTON
    624 E Chickasaw St
    Brookhaven, MS  39601

CHAPTER 13 PROCEEDING

21-00368 KMS

SSN:  XXX-XX-5346

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

    APTIV
    ATTN:  PAYROLL DEPT
    5725 INNOVATION DRIVE
    TROY, MI  48098

was required to pay debtor's earnings or a portion thereof to:

    DAVID RAWLINGS, TRUSTEE
    LOCK P.O. BOX 871
    HATTIESBURG, MS  39403
    (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net