

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 1, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **LARRY RAPHAEL WASHINGTON**                    **CASE NO. 21-00368-KMS**
**SHAMEKE SHANTAE WASHINGTON**

**DEBTORS**                                                                              **CHAPTER 13**

### ORDER DISMISSING TRUSTEE'S MOTION
### TO MODIFY PLAN AS MOOT (DKT. NO. 41)

**THIS MATTER** is before the Court on the Trustee's Notice and Motion to Modify Plan filed on July 25, 2025. Dkt. No. 41. On September 23, 2025, an order was entered granting the Debtor's Modify to Modify Plan. Dkt. No. 49. Therefore, the Trustee's Motion to Modify Plan will be denied as moot.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Trustee's Motion to Modify Plan is denied as moot.

*##END OF ORDER#*