**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| IN RE: | Larry Rapheal Washington | Case No. 21-00368-KMS |
| | Shameke Shantae Washington, Debtors | Chapter 13 |

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed:   /s/ Larry Rapheal Washington_____         11-20-2025\_\_
          Larry Rapheal Washington                            Date

          /s/ Shameke Shantae Washington_____         11-20-2025\_\_
          Shameke Shantae Washington                           Date

          /s/ Thomas C. Rollins, Jr._____      11-20-2025\_\_
          Thomas C. Rollins, Jr., MS Bar No. 103469            Date
          Attorney for the Debtors
          The Rollins Law Firm, PLLC
          P.O. Box 13767
          Jackson, MS 39236
          601.500.5533

3. Mailing address for filing responses:

Jackson Office:                              Gulfport Divisional Office:
Danny L. Miller, Clerk                       Danny L. Miller, Clerk
United States Bankruptcy Court               United States Bankruptcy Court
Thad Cochran US Courthouse                   Dan M. Russell, Jr. U.S. Courthouse
501 E Court St, Ste 2.300                    2012 15th St, Suite 244
Jackson, MS 39201                            Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On November 21, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                /s/ Thomas C. Rollins, Jr._____
                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>LARRY RAPHEAL WASHINGTON<br>SHAMEKE SHANTAE WASHINGTON | CASE NO: 21-00368<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/21/2025, I did cause a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/21/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>LARRY RAPHEAL WASHINGTON<br>SHAMEKE SHANTAE WASHINGTON | CASE NO: 21-00368<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/21/2025, a copy of the following documents, described below,

Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/21/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE  21-00368<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI NOV 21 9-48-26 PST 2025 | FORD MOTOR CREDIT COMPANY LLC<br>CO OLIVIA SPENCER  ESQ<br>1855 CRANE RIDGE DRIVE  SUITE D<br>JACKSON  MS 39216-4944 | FORD MOTOR CREDIT COMPANY  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| FORD MOTOR CREDIT COMPANY  LLC  CO AIS PORT<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | EXCLUDE<br><s>US BANKRUPTCY COURT</s><br><s>THAD COCHRAN US COURTHOUSE</s><br><s>501 E COURT STREET</s><br><s>SUITE 2300</s><br><s>JACKSON  MS 39201-5036</s> | BKBROOKHAVEN<br>411 BROOKWAY BLVD<br>BROOKHAVEN  MS 39601-3243 |
| BROOKHAVEN ANIM<br>1210 US51<br>BROOKHAVEN  MS 39601 | BROOKHAVEN RADIOLOGY PLLC<br>CO FRANKLIN COLLECTION SERVICE<br>PO BOX 3910<br>TUPELO  MS 38803-3910 | CSPIRE WIRELESS<br>PO BOX 159<br>MEADVILLE  MS 39653-0159 |
| (P)CENTERPOINT ENERGY<br>PO BOX 1700<br>HOUSTON TX 77251-1700 | CLAYTON H JOHNSTON DMD<br>224 S CHURCH ST  A<br>ST  A<br>BROOKHAVEN  MS 39601-3232 | COMMUNITY CHOICE F<br>396 BROOKHAVEN ST<br>SUITE B<br>BROOKHAVEN  MS 39601-3639 |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION (E<br>ECMC<br>PO BOX 16408<br>ST PAUL  MN 55116-0408 | FIRST TOWER LOAN  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | (P)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FORD MOTOR CREDIT<br>POB 542000<br>OMAHA  NE 68154-8000 | FORD MOTOR CREDIT CO  LLC<br>PAT HENLEY<br>PO BOX 389<br>JACKSON  MS 39205-0389 | EXCLUDE<br><s>(D)FORD MOTOR CREDIT COMPANY LLC</s><br><s>4515 N SANTA FE AVE DEPT APS</s><br><s>OKLAHOMA CITY  OK 73110-7901</s> |
| FRANKLIN COLLECTION<br>2978 W JACKSON ST<br>TUPELO  MS 38801-6731 | JENNIFER ANN CURRY CALVILLO<br>THE ROLLINS LAW FIRM  PLLC<br>ON BEHALF OF THE DEBTORS<br>702 WEST PINE ST<br>HATTIESBURG  MS 39401-3836 | KINGS DAUGHTER MEDICA<br>PO BOX 5440<br>BROOKHAVEN  MS 39603-5440 |
| NATIONAL CREDIT ADJ<br>PO BOX 550<br>HUTCHINSON  KS 67504-0550 | NAVIENT<br>PO BOX 9500<br>WILKES BARRE  PA 18773-9500 | NAVIENT SOLUTIONS  LLC ON BEHALF OF<br>ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON  WI 53708-8961 |
| OLIVIA SPENCER<br>KING  SPENCER  PLLC<br>FOR FORD MOTOR CREDIT COMPANY LLC<br>1855 CRANE RIDGE DRIVE  SUITE D<br>JACKSON  MS 39216-4944 | QUICK CASH<br>825 W NORTHSIDE DR<br>JACKSON  MS 39206-4508 | SANTANDER CONSUMER USA INC<br>1601 ELM ST STE 800<br>DALLAS TX 75201-7260 |

```
(P)TOWER LOAN                       EXCLUDE                                    WORLD FINANCE
P O BOX 320001                      UNITED STATES TRUSTEE                      PO BOX 6429
FLOWOOD MS 39232-0001               501 EAST COURT STREET                      GREENVILLE  SC 29606-6429
                                    SUITE 6-430
                                    JACKSON  MS 39201-5022


                                    EXCLUDE

WORLD FINANCE                       (P)DAVID RAWLINGS                          JENNIFER A CURRY CALVILLO
WORLD ACCEPTANCE CORP ATTN BANKRUPTCY   ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  THE ROLLINS LAW FIRM
PO BOX 6429                         PO BOX 566                                 702 W PINE ST
GREENVILLE  SC 29606-6429           HATTIESBURG MS 39403-0566                  HATTIESBURG  MS 39401-3836



DEBTOR                                                                         EXCLUDE

LARRY RAPHEAL WASHINGTON            SHAMEKE SHANTAE WASHINGTON                 THOMAS CARL ROLLINS JR
624 E CHICKASAW ST                  624 E CHICKASAW ST                         THE ROLLINS LAW FIRM - PLLC
BROOKHAVEN  MS 39601-3420           BROOKHAVEN  MS 39601-3420                  PO BOX 13767
                                                                               JACKSON  MS 39236-3767
```