United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-00368-KMS
Larry Rapheal Washington Chapter 13
Shameke Shantae Washington
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Dec 17, 2025     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry Rapheal Washington, Shameke Shantae Washington, 624 E Chickasaw St, Brookhaven, MS 39601-3420 |
| cr | + | Ford Motor Credit Company LLC, c/o Olivia Spencer, Esq., 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216-4944 |
| 4980951 | + | Bkbrookhaven, 411 Brookway Blvd, Brookhaven, MS 39601-3243 |
| 4980952 | | Brookhaven Anim, 1210 US-51, Brookhaven, MS 39601 |
| 4980956 | + | CSpire Wireless, PO Box 159, Meadville, MS 39653-0159 |
| 4980954 | + | Clayton H Johnston DMD, 224 S Church St # A, St # A, Brookhaven, MS 39601-3232 |
| 4989048 | + | Ford Motor Credit Co., LLC., Pat Henley, P.O. Box 389, Jackson, MS 39205-0389 |
| 4982063 | + | Jennifer Ann Curry Calvillo, The Rollins Law Firm, PLLC, on behalf of the Debtors, 702 West Pine St., Hattiesburg, MS 39401-3836 |
| 4980960 | + | King's Daughter Medica, P.O Box 5440, Brookhaven, MS 39603-5440 |
| 5016565 | + | Olivia Spencer, King & Spencer, PLLC, for Ford Motor Credit Company LLC, 1855 Crane Ridge Drive, Suite D, Jackson, MS 39216-4944 |
| 4980963 | + | Quick Cash, 825 W. Northside Dr, Jackson, MS 39206-4508 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 18 2025 00:26:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4987975 | + | Email/Text: FSBank@franklinservice.com | Dec 17 2025 19:25:00 | Brookhaven Radiology PLLC, c/o Franklin Collection Service, PO Box 3910, Tupelo, MS 38803-3910 |
| 4980953 | | Email/Text: Credit&CollectionsBankruptcy@centerpointenergy.com | Dec 17 2025 19:25:00 | CenterPoint Energy, Po Box 1700, Houston, TX 77251 |
| 4980955 | + | Email/Text: bkinfo@ccfi.com | Dec 17 2025 19:25:00 | Community Choice F, 396 Brookhaven St, Suite B, Brookhaven, MS 39601-3639 |
| 4996274 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 17 2025 19:25:00 | Educational Credit Management Corporation (ECMC), ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 4980958 | | Email/Text: EBNBKNOT@ford.com | Dec 17 2025 19:25:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 5003438 | + | Email/Text: bankruptcy@towerloan.com | Dec 17 2025 19:25:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4980957 | + | Email/Text: EBNBKNOT@ford.com | Dec 17 2025 19:25:00 | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 5016321 | + | EDI: AISACG.COM | Dec 18 2025 00:26:00 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4980959 | + | Email/Text: FSBank@franklinservice.com | Dec 17 2025 19:25:00 | Franklin Collection, 2978 W Jackson St, Tupelo, MS 38801-6731 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2025 | Form ID: 3180W | Total Noticed: 28 |

| Recip ID | | | | |
|---|---|---|---|---|
| 4980961 | + Email/Text: bankruptcy@ncaks.com | Dec 17 2025 19:24:00 | National Credit Adj, P.o. Box 550, Hutchinson, KS 67504-0550 | |
| 4980962 | + Email/PDF: Bankruptcy_Prod@mohela.com | Dec 17 2025 19:35:08 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 | |
| 4983415 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 17 2025 19:24:00 | Navient Solutions, LLC. on behalf of, Ascendium Education Solutions Inc, PO BOX 8961, Madison, WI 53708-8961 | |
| 4980964 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 17 2025 19:25:00 | Santander Consumer USA Inc., 1601 Elm St Ste 800, Dallas TX 75201-7260 | |
| 4980965 | Email/Text: bankruptcy@towerloan.com | Dec 17 2025 19:25:00 | Tower Loan, Pob 320001, Flowood, MS 39232 | |
| 4989637 | + Email/Text: bk@worldacceptance.com | Dec 17 2025 19:25:04 | World Finance, World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 | |
| 4980966 | + Email/Text: bk@worldacceptance.com | Dec 17 2025 19:25:11 | World Finance, Po Box 6429, Greenville, SC 29606-6429 | |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Shameke Shantae Washington jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Larry Rapheal Washington jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Olivia Spencer | |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Dec 17, 2025 | Form ID: 3180W | Total Noticed: 28 |

| | |
|---|---|
| | on behalf of Creditor Ford Motor Credit Company LLC spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Shameke Shantae Washington trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Larry Rapheal Washington trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Larry Rapheal Washington** | Social Security number or ITIN  xxx–xx–3385 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shameke Shantae Washington** | Social Security number or ITIN  xxx–xx–5346 |
|  | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **21–00368–KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Larry Rapheal Washington**

**Shameke Shantae Washington**
fka Shameke Shantae Godbolt

Dated: 12/17/25

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                **Chapter 13 Discharge**                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**